IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION



| | | |
|---|---|---|
| MICHAEL IZQUIERDO, <br>     Plaintiff, | ) <br> ) <br> ) | Case No.: 04:25-CV-0361 |
| v. | ) <br> ) | Judge: Benita Y. Pearson |
| WIPRO, INC., <br>     Defendant. | ) <br> ) <br> ) <br> ) | |

## PLAINTIFF'S MOTION FOR AUTHORIZATION OF ELECTRONIC FILING PRIVILEGES

Plaintiff respectfully moves the Court for permission to file documents electronically through the CM/ECF system pursuant to Northern District of Ohio Local Rule 5.1 and the Court's inherent authority to ensure access to judicial process.

### 1. Plaintiff's Medical Condition Makes Repeated Physical Filings Dangerous

Plaintiff suffers from multiple autoimmune, immunocompromising, and metabolic conditions requiring continuous medication. Plaintiff is currently without access to all life-sustaining medications due to Defendant's termination of his health insurance.

Traveling to the courthouse repeatedly — especially in winter weather — poses a significant and potentially life-threatening risk of infection or medical deterioration. Plaintiff's immune system cannot tolerate cold exposure or public environments while his conditions remain untreated.

Because each filing currently requires an in-person visit, Plaintiff faces:

- increased risk of infection,
- worsening autoimmune symptoms,
- the potential for hospitalization,
- and further irreparable health decline.

**2. Plaintiff Lacks Income and Cannot Afford Repeated Travel or Printing Costs**

Defendant terminated Plaintiff's pay, cut off his insurance, and is actively contesting his unemployment benefits.

As a result, Plaintiff:

- has no income,
- cannot afford fuel to travel between cities multiple times per week,
- must pay for printing, paper, and copying out-of-pocket,
- and is financially prejudiced by being denied the same filing convenience afforded to Defendant's counsel.

Defendant's attorneys file electronically from their office without cost, while Plaintiff — who is pro se and indigent — must repeatedly pay for transportation and printing. This disparity creates a substantial and unfair burden on Plaintiff.

**3. Electronic Filing Is Necessary to Ensure Equal Access to the Court**

Granting ECF access will:

- prevent further medical risk,
- eliminate unnecessary travel and expense,
- ensure timely submissions,
- and allow Plaintiff to participate in this litigation on equal footing with Defendant's counsel.

The Court has broad discretion to grant such access to pro se litigants where good cause is shown. Here, Plaintiff's health, finances, and access to justice all demonstrate compelling good cause.

**4. Request**

Plaintiff respectfully requests that the Court grant the following:

1. Authorization for Plaintiff to file all documents electronically through CM/ECF;
2. Authorization to receive electronic notices and filings via CM/ECF;
3. Any additional instructions the Court requires for activation of ECF privileges.

Respectfully submitted,

Michael Izquierdo

Plaintiff, Pro Se

Canfield, Ohio

November 14, 2025

## CERTIFICATE OF SERVICE

I certify that on November 14, 2025, a true and accurate copy of this Motion for Electronic Filing Privileges was served via email upon:

Barry A. Hartstein

Littler Mendelson, P.C.

Counsel for Defendant

Email: BHartstein@littler.com

*Michael Izquierdo*

Michael Izquierdo