PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| MICHAEL IZQUIERDO, | ) | |
| | ) | CASE NO. 4:25-CV-02361 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| WIPRO LIMITED, | ) | **MEMORANDUM OF** |
| | ) | **OPINION AND ORDER** |
| Defendant. | ) | [Resolving ECF No. 2] |

The Court considers Plaintiff's Motion to Proceed *in Forma Pauperis* (ECF No. 2). The Motion is denied for the reasons herein.

Pursuant to 28 U.S.C. § 1915, the Court may authorize the commencement of a lawsuit without prepayment of fees if the applicant submits an affidavit that includes a statement of all assets and liabilities and demonstrates that the applicant is indigent. Pauper status does not require absolute destitution. See *Foster v. Cuyahoga Dep't of Health & Human Servs.*, 21 Fed. Appx. 239, 240 (6th Cir. 2001) (citing *Sears, Roebuck & Co. v. Charles W. Sears Real Estate, Inc.*, 865 F.2d 22, 23 (2nd Cir. 1988)). Rather, the question is whether the costs can be paid without undue hardship. *See id.*

Although Plaintiff Michael Izquierdo submitted a short-form application to proceed without prepaying fees or costs (AO 240), he has not demonstrated that he would bear undue hardship if forced to pay the fees and costs to proceed with this litigation. He did not submit any corroborating details or account statements sufficient to make the showing required by § 1915(a).

(4:25-CV-02361)

Accordingly, Plaintiff's Motion to Proceed *in Forma Pauperis* (ECF No. 2) is denied.  Plaintiff shall have thirty days to pay the filing fee of $405.00.  If Plaintiff does not pay the filing fee, the action will be dismissed without prejudice. The Court will consider a renewed motion to proceed *in forma pauperis* under AO 239 if filed within fourteen days of this Order.

    IT IS SO ORDERED.

| | |
|---|---|
| November 21, 2025 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |

2