PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| MICHAEL IZQUIERDO, | ) ) ) ) ) ) ) ) ) ) ) ) | |
|  | | CASE NO. 4:25-CV-02361 |
| Plaintiff, | | |
| v. | | JUDGE BENITA Y. PEARSON |
| WIPRO LIMITED, | | **MEMORANDUM OF OPINION AND ORDER** |
| Defendant. | | [Resolving ECF No. 22] |

The Court considers Plaintiff's Renewed Motion to Proceed *in Forma Pauperis*. *See* ECF No. 22. The Motion is granted.

Pursuant to 28 U.S.C. § 1915, the Court may authorize the commencement of a lawsuit without prepayment of fees if the applicant submits an affidavit that includes a statement of all assets and liabilities and demonstrates that the applicant is indigent. Pauper status does not require absolute destitution. Seer *Foster v. Cuyahoga Dep't of Health & Human Servs.*, 21 Fed. Appx. 239, 240 (6th Cir. 2001) (citing *Sears, Roebuck & Co. v. Charles W. Sears Real Estate, Inc.*, 865 F.2d 22, 23 (2nd Cir. 1988)). Rather, the question is whether the costs can be paid without undue hardship. *See id.*

Plaintiff submitted a declaration and account statements sufficient to proceed without prepayment of fees as required by 28 U.S.C. § 1915(a). *See* ECF No. 21. Accordingly, his request to proceed i*n forma pauperis* is justified and the motion is granted. The Clerk of Court shall waive payment and prepayment of all filing fees as applied to Plaintiff in this case.

(4:25-CV-02361)

IT IS SO ORDERED.

| | |
|---|---|
| December 30, 2025 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |